**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| ) | | |
| JOSEPH ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-cv-10273-AK |
| | ) | |
| DAWN HILL-KEARSE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

**KELLEY, D.J.**

On January 22, 2026, a *pro se* litigant proceeding under the name "Joseph Alexander" filed a one-page civil Complaint and a Motion for Leave to Proceed *In Forma pPauperis*. [Dkts. 1; 2]. The Complaint names "Dawn Hill-Kearse" and "Sergio Jimenez" as Defendants. The body of the complaint consists of a single factual allegation ("Upon information and belief, Defendants conspired together and intentionally delayed the calendar of motions, in violation of due process."), a jurisdictional allegation, a demand for damages, and a certification under Rule 11 of the Federal Rules of Civil Procedure. [Dkt. 1].

Article III of the Constitution limits the jurisdiction of the federal courts to "Cases" or "Controversies." U.S. Const. art. III, § 2. For a case or controversy to exist, the plaintiff must have standing, or, in other words, the plaintiff "must present an injury that is concrete, particularized, and actual or imminent; fairly traceable to the defendant's challenged action; and redressable by a favorable ruling." Horne v. Flores, 557 U.S. 433, 445 (2009).

Here, Alexander does not set forth a claim for which he has standing.  While Alexander alleges that the Defendants acted "in violation of due process" and seeks damages, he does not identify any conduct by the Defendants that injured him personally.

In the absence of a case or controversy over which the Court could exercise jurisdiction, the Court **DISMISSES** this action.[1]


    **SO ORDERED.**

Dated: April 27, 2026                            /s/ Angel Kelley        
                                                    Hon. Angel Kelley
                                                    United States District Judge

---

[1] The Court notes that, according to information available on the Federal Courts' PACER (Public Access to Court Electronic Records) platform, in January and February 2026, a plaintiff named Joseph Alexander filed a case titled "Alexander v. Hill-Kearse" in fifty different federal district courts.